## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NORTH CAROLINA
#### Eastern Division
#### Docket No. 4:97-CR-5-8F

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **Timothy Larnell Basemore** | ) | |

On September 2, 1997, Timothy Larnell Basemore appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base, 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 360 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment.

On September 7, 1999, a Rule 35 motion was granted reducing the defendant's imprisonment to 252 months. On May 12, 2009, the defendant's motion for reduction pursuant to 18 U.S.C. § 3582(c)(2) was granted reducing the defendant's imprisonment to 204 months. A second motion for reduction pursuant to 18 U.S.C. § 3582(c)(2) was granted on November 29, 2011, reducing the defendant's imprisonment to 183 months. Timothy Larnell Basemore was released from custody and the term of supervised release commenced on November 30, 2011.

From evidence presented at the revocation hearing on June 3, 2014, the court found as a fact that Timothy Larnell Basemore, who appeared before the court with counsel, violated the terms and conditions of the judgment by committing new criminal conduct, revoked his term of supervision, and sentenced him to 60 months custody.

The defendant appealed his sentence and on February 17, 2015, is reappearing before the court on remand for resentencing. From evidence presented at the revocation hearing this date, the court finds as a fact that Timothy Larnell Basemore, who is reappearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1.    Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 27 months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 17th day of February, 2015.

James C. Fox
Senior U.S. District Judge